**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INNOVATIVE BIODEFENSE, INC., <br><br> Plaintiff, <br><br> - against - <br><br> VSP TECHNOLOGIES, INC., SAN-MAR LABORATORIES, INC., and CARLO MICCERI, <br><br> Defendants. | Case No. 12 civ 3710 (ER) <br><br> Hon. Edgardo Ramos, U.S.D.J. <br><br> **NOTICE OF MOTION *IN LIMINE* TO EXCLUDE EXPERT TESTIMONY AND RELATED EVIDENCE** |
| VSP TECHNOLOGIES, INC., and CARLO MICCERI, <br><br> Third Party Plaintiffs, <br><br> - against – <br><br> BDS SOLUTIONS, LLC, BDS TECHNOLOGIES, LLC, and BIODEFENSE INTERNATIONAL, INC., <br><br> Third Party Defendants. | |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and supporting Declaration of Jamie P. Clare, Esq., Defendants/Third-Party Plaintiffs, VSP Technologies, Inc. and Carlo Micceri (collectively "VSP Defendants"), shall move before this Court before the Hon. Edgardo Ramos, United States District Judge, at a date and time set by the Court, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order *in limine,* excluding the expert testimony of plaintiff's experts, Morris Waxler and Susan Goldsberry entirely, and in part as to plaintiff's expert Dr. Barbara Luna, and granting such further relief as this Court may deem just and proper.

2

**PLEASE TAKE FURTHER NOTICE** that all papers in Opposition to the Motion in Limine to exclude the testimony of Plaintiff's experts shall be served no later than Friday, December 22, 2017**.**

                                            COLE SCHOTZ P.C.
                                            Attorneys for Defendant/ Third-Party Plaintiffs VSP Technologies, Inc. and Carlo Micceri

                                            By: */s/ Jamie P. Clare*
                                                  Jamie P. Clare

DATED:  December 15, 2017