UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

INNOVATIVE BIODEFENSE, INC.,                    12 CIV. 3710 (ER)

                       Plaintiff,          **PROPOSED JOINT EXHIBIT**
                                            **LIST**

    - against -

VSP TECHNOLOGIES, INC., SAN-MAR
LABORATORIES, INC., AND CARLO MICCERI,

                       Defendants.
--------------------------------------------------------------------X

VSP TECHNOLOGIES, INC., and CARLO MICCERI,

                       Third-party Plaintiffs,

    - against -

BDS SOLUTIONS, LLC, BDS TECHNOLOGIES, LLC,
AND BIODEFENSE INTERNATIONAL, INC.,

                       Third-party Defendants.
--------------------------------------------------------------------X

Defendants/Third-Party Plaintiffs Attorney:

Jamie P. Clare, Esq.
Joseph Barbiere, Esq.
Daniel G. Agius, Jr., Esq.
Cole Schotz P.C.

1325 Avenue of the Americas
19th Floor
New York, New York 10019
(212) 752-8000

Plaintiff's Attorneys

Benjamin Nix, Esq.                    Richard W. Cohen, Esq.
Payne & Fears, LLP                    Lowey Dannenberg Cohen & Hart, P.C.
4 Park Plaza, Suite 1100              One North Broadway, 5th Floor
Irvine, CA 92614                      White Plains, NY 10601
(949) 851-1100                        (914) 997-0500

| Exhibit No. | Exhibit Cross Reference | Description | Date |
|---|---|---|---|
| | Cozean Decl. Exh. A | Asset Purchase Agreement – IBD/BDS | June 1, 2011 |
| | 11562-11564 <br><br> Cozean Opp. Decl. Exh. E | Agreement Regarding IBD/BDS Asset Purchase Workout | Nov. 10, 2011 |
| | Cozean Decl. Exh. B | Sublicense Patent Agreement – VSP/BDS | July 22, 2009 |
| | Cozean Decl. Exh. C | Sublicense Patent Agreement – VSP/BDS | Aug. 20, 2009 |
| | Cozean Decl. Exh. D | Sublicense Patent Agreement – VSP/BDS | Dec. 31, 2009 |
| | 10980-10981 <br><br> Cozean Decl. Exh. E | Email – Cozean/Micceri re Know-How | Aug. 10, 2011 |
| | 11483-11487 <br><br> Cozean Decl. Exh. E | Letter – Cozean/Micceri re Know-How | Aug. 30, 2011 |
| | 14471-14472 <br><br> Cozean Decl. Exh. E | Letter – Cozean/Micceri re Know-How | Oct. 10, 2011 |
| | 14468-14470 <br><br> Cozean Decl. Exh. F | Letter - Minsky/San-Mar re Know-How | Sept. 1, 211 |
| | 11559-11561 <br><br> Cozean Decl. Exh. G | Cozean notes from telephone conference re Know-How | Sept. 2, 2011 |

56292/0001-15194090v2

| | | | |
|---|---|---|---|
| | 11558, 14450-14451<br><br>Cozean Decl. Exh. H | Letter – Cozean/San-Mar/Micceri re Know-How | Sept. 2, 2011 |
| | 14460<br><br>Cozean Decl. Exh. I | Letter – Cozean/Berkowitz/Micceri/ Berkrot re Know-How | Nov. 21, 2011 |
| | 14461-14463<br><br>Cozean Decl. Exh. J | Email – Cozean/Macchia re Know-How | Nov. 21, 2011 |
| | MODAK_0007278-0007280<br><br>Cozean Decl. Exh. K | Email – Cozean/Modak re Know-How in advance of May 11, 2012 meeting | May 7, 2012 |
| | MODAK_0007281-0007282, 14477-14478<br><br>Cozean Decl. Exh. K | Email – Cozean/Modak re technical issues in advance of May 11, 2012 meeting | May 7, 2012 |
| | Cozean Decl. Exh. L | Print-out from trademark database on the website of the United States Patent and Trademark Office | July 20, 2012 |
| | 14437, 14440<br><br>Klein Decl. Exh. A | Offer letter – Klein/Micceri with $48,000 check | July 27, 2011 |
| | 14441-14444<br><br>Klein Decl. Exh. B | Purchase order to San-Mar with cover letter | Aug. 12, 2011 |
| | 14446-14447<br><br>Klein Decl. Exh. C | Email – Klein/Faulhaber re sanitizer and lotion order | Sept. 1, 2011 |
| | 14452<br><br>Klein Decl. Exh. D | Letter – Klein/Faulhaber re sanitizer order | Sept. 8, 2011 |

56292/0001-15194090v2

| | | | |
|---|---|---|---|
| | 10818<br><br>Cozean Opp. Decl. Exh. A | Email – Cozean/Klein/Berkowitz/Shucht re Micceri agreement with IBD | May 2011 |
| | 10839-10843<br><br>Cozean Opp. Decl. Exh. B | Email – Cozean/Klein/Berkowitz re Binding Term Sheet | May 27, 2011 |
| | Cozean Opp. Decl. Exh. C | Email – Cozean/Berkowitz re Memo of Understanding | June 2, 2011 |
| | BDS003694-BDS003696<br><br>Cozean Opp. Decl. Exh. D | Memo of Understanding | May 30, 2011 |
| | Cozean Opp. Decl. Exh. F | Settlement Agreement – IBD/San-Mar | Jan. 20, 2014 |
| | BDS000719<br><br>Cozean Opp. Decl. Exh. G | Email – Shucht/Micceri re Zytrel | Oct. 26, 2010 |
| | 10980-10981<br><br>Cozean Opp. Decl. Exh. H | Email – Cozean/Berkowitz re Prior commitments | Aug. 10, 2011 |
| | BDS000721-BDS000722<br><br>Cozean Opp. Decl. Exh. I | Email – Shucht/Macchia re lotion | Sept. 27, 2011 |
| | BDS000777<br><br>Cozean Opp. Decl. Exh. J | Email – Cozean/Shucht re san mar | Apr. 25, 2012 |
| | BDS003733<br><br>Klein Opp. Decl. Exh. A | Email – Klein/Berkowitz/Shucht/Karsch re Asset Purchase agreement | June 1, 2011 |

4

| | 10891-10896<br><br>Klein Opp. Decl.<br>Exh. B | Email – Klein/Micceri/Shucht re Revised Agreement 6-1-11 Final | June 1, 2011 |
|---|---|---|---|
| | Klein Opp. Decl.<br>Exh. C | Check stub for $486,7 4 7.63 to Mates Fischer | June 2, 2011 |
| | Klein Opp. Decl.<br>Exh. D | Action by Written Consent of the Shareholders of IBD | June 1, 2011 |
| | Klein Opp. Decl.<br>Exh. E | Action by Written Consent of the Board of Directors of IBD | June 3, 2011 |
| | Klein Opp. Decl.<br>Exh. F | Minutes of IBD Board of Directors meeting | Oct. 17, 2011 |
| | Klein Opp. Decl.<br>Exh. G | Minutes of IBD Board of Directors meeting | Nov. 27, 2011 |
| | BDS001459 | Email – Shucht/Micceri re Dr Modak | Aug. 30, 2010 |
| | BDS000726 | Email – Cozean/Olsen re Payment to Carlo | Feb. 27, 2012 |
| | Plaintiff Depo. Exh. 60 | Email – Faulhaber/Berkowitz re portfolio of patents | Sept. 6, 2011 |
| | Cozean Reply Decl.<br>Exh. B | Memorandum of Understanding – VSP/IBD unsigned | May 30, 2011 |
| | Cozean PMSJ Decl.<br>Exh. B | List of the Columbia Patents Worldwide Excluding North America | |
| | Cozean PMSJ Decl.<br>Exh. C | Print out from INPADOC re status of Patent No. 788305 | |
| | Cozean PMSJ Decl.<br>Exh. D | Print out re status of Australian Patent No. 703926 | |
| | Cozean PMSJ Decl.<br>Exh. E | Print out from CIPC Intellectual Property Online Services re South African Patent No. 952521 | |
| | Cozean PMSJ Decl.<br>Exh. F | Print out from Korea Intellectual Property Rights Information Services | |
| | | Susan Goldsberry expert report | Nov. 12, 2014 |

5

| | | | |
|---|---|---|---|
| | | Morris Waxler expert report | Nov. 12, 2014 |
| | | Dr. Barbara Luna expert report | Nov. 12, 2014 |
| | Micceri Depo. Exh. 1 | Consulting and Business Development Services Agreement – Micceri/BDS | Aug. 20, 2009 |
| | Micceri Depo. Exh. 2 | License Agreement - A | Oct. 10, 2005 |
| | Micceri Depo. Exh. 2 | License Agreement – B | June 1, 2005 |
| | Micceri Depo. Exh. 2 | License Agreement – C | June 1, 2005 |
| | Micceri Depo. Exh. 2 | License Agreement - D | June 1, 2005 |
| | Micceri Depo. Exh. 4 | Formula - VSP 0095 | |
| | Micceri Depo. Exh. 5 | Label - VSP0117 | |
| | Micceri Depo. Exh. 6 | Topical Antimicrobial Drug Products for Over-the-Counter Human Use; Tentative Final Monograph for Health- Care Antiseptic Drug Products | June 17, 1994 |
| | Micceri Depo. Exh. 7 | Formula - VSP0116 | |
| | Micceri Depo. Exh. 8 | Label - VSP0123 | |
| | Micceri Depo. Exh. 9 | Ingredient List - VSP0084 | |
| | Micceri Depo. Exh. 10 | CTFA Adopted Name Listing - VSP0090 | |
| | Micceri Depo. Exh. 11 | Formula - VSP0113 | |
| | Micceri Depo. Exh. 12 | Formula - VSP0114 | |

6

| | Micceri Depo. Exh. 13 | Ingredient List - VSP0072 | |
|---|---|---|---|
| | Micceri Depo. Exh. 14 | ML2-027-01 - VSP0100-0103 | |
| | Micceri Depo. Exh. 15 | VME-178-06 - VSP0113 | |
| | Micceri Depo. Exh. 16 | Test Results - VSP0235-0237 | |
| | Micceri Depo. Exh. 17 | Test Results - VSP0238-0240 | |
| | Micceri Depo. Exh. 18 | Test Results - VSP0241 | |
| | Micceri Depo. Exh. 19 | Test Results - VSP0242 | |
| | Micceri Depo. Exh. 20 | Test Results - VSP0247 | |
| | Micceri Depo. Exh. 21 | Test Results - VSP0248 | |
| | Micceri Depo. Exh. 22 | Test Results - VSP0249 | |
| | Micceri Depo. Exh. 23 | Test Results - VSP0252 | |
| | Micceri Depo. Exh. 24 | Trademark / Service Mark Application Principal Register | Nov. 25, 2004 |
| | Micceri Depo. Exh. 25 | Trademark / Service Mark Application Principal Register | Jan. 21, 2007 |
| | Micceri Depo. Exh. 26 | Trademark / Service Mark Application Principal Register, with Declaration | Aug. 28, 2003 |
| | Micceri Depo. Exh. 27 | Combined Declaration of Use and Incontestability Under Sections 8 and 15 | |

| | | | |
|---|---|---|---|
| | Micceri Depo. Exh. 28 | Notice of Opposition | Apr. 18, 2011 |
| | Micceri Depo. Exh. 29 | Notice from U.S.P.T.O. | Apr. 18, 2011 |
| | Micceri Depo. Exh. 30 | 6/13/2011 and 8/1/2011Communique | June 13, 2011 Aug. 1, 2011 |
| | Micceri Depo. Exh. 31 | U.S. Patent | July 20, 2010 |
| | Micceri Depo. Exh. 32 | Check to Micceri $48,000 | July 27, 2011 |
| | Micceri Depo. Exh. 34 | Letter - Micceri/Klein | July 27, 2011 |
| | VSP0090 Modak Depo. Exh. 123 | CTFA Adopted Name Listing | |
| | VSP0095 Modak Depo. Exh. 124 | CTFA Adopted Name Listing | |
| | VSP0152 Modak Depo. Exh. 125 | CTFA Adopted Name Listing | |
| | Modak Depo. Exh. 126 | 840 patent | |
| | Modak Depo. Exh. 127 | 365 patent | |
| | Modak Depo. Exh. 128 | 425 patent | |
| | Modak Depo. Exh. 129 | 918 patent | |

| | | | |
|---|---|---|---|
| | Modak Depo. Exh. 130 | 429 patent | |
| | Modak Depo. Exh. 131 | 461 patent | |
| | Modak Depo. Exh. 132 | 649 patent | |
| | Modak Depo. Exh. 133 | 023 patent | |
| | Modak Depo. Exh. 134 | 610 patent | |
| | Modak Depo. Exh. 135 | 386 patent | |
| | BDS 002261-BDS002262<br><br>Modak Depo. Exh. 136 | Email – Belmonte/Shucht/Micceri re "Zytrel XP technology - next steps" | Apr. 19, 2010 |
| | BDS001701<br><br>Modak Depo. Exh. 137 | Email – Shucht/Micceri re "RE: soap" | June 09, 2010 |
| | BDS002154<br><br>Modak Depo. Exh. 138 | Email – Shucht/Micceri re "mt sinai" | Oct. 18, 2010 |
| | BDS002119<br><br>Modak Depo. Exh. 139 | Email – Shucht/Micceri re "RE: Fw: healthpoint" | Nov. 01, 2010 |
| | BDS002449-BDS002452<br><br>Modak Depo. Exh. 140 | Email – Shucht/Faulhaber re "RE: Lysol" | July 7, 2011 |
| | | | |

9

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| D1 | Corde (182) Ex. 6<br><br>Berkowitz Dep. Ex. 46 | The Intention to Sell/Purchase Agreement between the third party defendants BDS and Mates-Fischer | Jan. 29, 2011 |
| D2 | Corde (182) Ex. 8<br><br>Berkowitz Dep. Ex. 35 | Agreement regarding IBD/BDS Asset Purchase Workout | |
| D3 | Corde (182) Ex. 9<br><br>Cozean (177) Ex. B<br><br>Klein (228) Ex. A<br><br>Micceri (243) Ex. A<br><br>Cozean (21) Ex. A | Sublicense Patent Agreement between VSP Technologies Inc. and BDS Solutions LLC | July 22, 2009 |
| D4 | Corde (182) Ex. 10<br><br>Cozean (177) Ex. C<br><br>Klein (228) Ex. B<br><br>Micceri (243) Ex. B<br><br>Cozean (21) Ex. B | Sublicense Patent Agreement between VSP Technologies Inc. and BDS Technologies LLC | Aug. 20, 2009 |
| D5 | Corde (182) Ex. 11<br><br>Cozean (177) Ex. D<br><br>Klein (228) Ex. C<br><br>Micceri (243) Ex. C<br><br>Cozean (21) Ex. C | Sublicense Patent Agreement between VSP Technologies Inc. and Biodefense International Inc. | Dec. 31, 2009 |

56292/0001-15194090v2

| D6 | Corde (182) Ex. 16<br><br>Agius Ex. B<br><br>Cozean (177) Ex. A<br><br>Klein (228) Ex. D<br><br>Cozean (21) Ex. D | Asset Purchase Agreement entered into between third party defendant BDS and Innovative Biodefense | Jun. 1, 2011 |
|---|---|---|---|
| D7 | Agius Ex. C<br>(Micceri 1)<br><br>Cozean (227) Ex. G | Consulting and Business Development Agreement between BDS and Micceri | Aug. 20, 2009 |
| D8 | Agius Ex. C<br>(Micceri 32)<br><br>Cozean (32) Ex. B<br><br>Micceri Dep. Ex. 32 | Check from International Specialty Chemicals Pharmaceuticals, Inc. to Micceri for $48,000.00 | July 27, 2011 |
| D9 | Corde (182) Ex. 17 | Method Validation Guidelines maintained by third party defendants BDS | |
| D10 | Corde (182) Ex. 18 | Quality Manual of third party defendant BDS | |
| D11 | Corde (182) Ex. 19<br><br>Agius Ex. E<br>(Berkowitz 47) | Email from Gary Klein to Berkowitz and Shucht | Apr. 4, 2011 |
| D12 | Corde (182) Ex. 20<br><br>Cozean (246) Ex. B | Memo of Understanding executed by VSP Technologies Inc., Innovative Biodefense Inc. and the third party defendant BDS | May 30, 2011 |
| D13 | Corde (182) Ex. 21 | Unexecuted Amended and Restated Sublicense Patent Agreement | June 10, 2011 |
| D14 | Corde (182) Ex. 22 | Email from Shanta Modak to David Shucht regarding Dial | June 7, 2011 |
| D15 | Corde (182) Ex. 23 | Email from San Mar Lab to Berkowitz and Micceri with attachments entitled "Summary of VSP Cases-Patent List | Sept. 6, 2011 |
| D16 | Corde (182) Ex. 24 | Innovative Biodefense Inc. Business Plan | July 1, 2011 |
| D17 | Corde (182) Ex. 25 | Letter of third party defendant BDS to plaintiff, copied to VSP Technology | Sept. 2, 2011 |

11

| D18 | Corde (182) Ex. 26 | Email from Micceri to David Shucht and copied to Jeff Berkowitz | Sept. 15, 2011 |
|---|---|---|---|
| D19 | Corde (182) Ex. 27 | Email from Colette Cozean to David Shucht, Jeff Berkowitz, copied to Jessie Cozean and Gary Klein | Oct. 13, 2011 |
| D20 | Corde (182) Ex. 28 | Cover emails between Jeff Berkowitz and Jessie Cozean together with Zylast Technical summary | Aug. 2012 |
| D21 | Corde (182) Ex. 29<br><br>Berkowitz Dep. Ex. 69 | Computer search results from the Buyer's Cove | Nov. 2, 2012 (production date) |
| D22 | Corde (182) Ex. 30 | Pages from Zylast.com website showing "the science" for Zylast product, linked from Zytrel.com | |
| D23 | Corde (182) Ex. 31 | Declaration of Jeffrey Berkowitz | Nov. 13, 2012 |
| D24 | Corde (182) Ex. 32 | Sales receipt dated from Zylast Direct to Simi Carlebach | Nov. 19, 2012 |
| D25 | Corde (182) Ex. 33 | Technical know-how provided by VSP to IBD which was to have been held in escrow by Bruce Minsky pending royalty payments | |
| D26 | Corde (182) Ex. 34 | Email from Shanta Modak to Micceri, subsequently forwarded from Micceri to Berkowitz regarding know-how | Sept. 22, 2011 |
| D27 | Corde (182) Ex. 35 | Email from attorney Jeffrey Sears at Columbia University to Carlo Micceri, Subject: Columbia communications with Selima Merani, and then forwarded by Micceri to Berkowitz regarding "know-how" | Sept. 21, 2011 |
| D28 | Corde (182) Ex. 36 | Correspondence between Bruce Bugsby and Colette Cozean provided by IBD | |
| D29 | Corde (182) Ex. 37 | Email to Colette Cozean from Jason Gersting, Ph.D., J.D. of Nobe Martins | Apr. 10, 2011 |
| D30 | Corde (182) Ex. 38 | Email chain regarding "costs" from Gary Klein to Jeff Berkowitz and David Shucht | Apr. 29, 2011 |
| D31 | Corde (182) Ex. 39<br><br>Cozean Dep. Ex. 87 | Binding Letter of Intent which was not executed | May 1, 2011 |

12

| D32 | Corde (182) Ex. 40<br><br>Agius Ex. D<br>(Cozean 90)<br><br>Cozean (198) Ex. B | Emails between Jeff Berkowitz and Colette Cozean regarding "term sheet for Carlo" together with Binding Term Sheet dated May 26, 2011 which is not executed | May 27, 2011 |
|---|---|---|---|
| D33 | Corde (182) Ex. 41<br><br>Agius Ex. D<br>(Cozean 96) | Email entitled "Terms for Carlo" between Jeff Berkowitz and Colette Cozean together with Binding Term Sheet dated August 4, 2011 which was not executed | Aug. 4, 2011 |
| D34 | Corde (182) Ex. 42 | Email from Colette Cozean to her patent counsel entitled "Can you please schedule us for some time first thing Wednesday am" | Aug. 6, 2011 |
| D35 | Corde (182) Ex. 43<br><br>Agius Ex. D<br>(Cozean 98) | Emails on the subject of tricolsan-free soap from Shanta Modak to Micceri dated March 31,2011, from Micceri to David Shucht and Jeff Berkowitz on April 4, 2011, from David Shucht to Colette Cozean on August 15, 2011 and from Colette Cozean to Attorney Merani on August 15, 2011 as exhibits | March 31, 2011 |
| D36 | Corde (182) Ex. 44 | Email from Colette Cozean on the subject of "Carlo deal" | July 19, 2011 |
| D37 | Corde (182) Ex. 45<br><br>Cozean (21) Ex. E | Letter from Colette Cozean to Carlo Micceri<br>with attachments | Aug. 30, 2011 |
| D38 | Corde (182) Ex. 46<br><br>Cozean (177) Ex. G<br><br>Cozean Dep. Ex. 105 | Colette Cozean drafted notes from telephone meeting which "Randy", Regulatory Director, San Mar; Robin, Regulatory, San Mar, and Jamie, Quality Assurance, San Mar documenting Cozean's understanding of the telephone conversation and follow up email from Cozean to "Randy and Robin" | Sept. 2, 2011 |
| D39 | Corde (182) Ex. 47 | Email from Jessie Cozean to Benchmark together with Benchmark's response and proposal attached | Sept. 12, 2011 |
| D40 | Corde (182) Ex. 48 | Emails between Jessie Cozean of IBD and Patricia Shepard of C-Care regarding Innovative Biodefense dated January 9, 2012 and January 4, 2012 | Jan. 9, 2012 |

| D41 | Corde (182) Ex. 49 | Emails between Jessie Cozean of IBD, David Shucht and Patricia Shepard of C-Care including purchase order from Innovative Biodefense to C-Care LLC | Dec. 23, 2011 |
|---|---|---|---|
| D42 | Corde (182) Ex. 50 | Email from Jessie Cozean to Colette Cozean, Gary Klein and David Shucht regarding manufacturing, repackaging lotions | |
| D43 | Corde (182) Ex. 51 | Emails between Jessie Cozean and David Shucht regarding Pegasus as well as email of October 19, 2011 between Mariotta Corporation and IBD | Oct. 19, 2011 |
| D44 | Corde (182) Ex. 52 | Email correspondence between Berkowitz and Cozean as well as Micceri and Berkowitz regarding "OTC Stability Protocol Request" | Aug. 26, 2011 |
| D45 | Corde (182) Ex. 53 | Emails between BDS and Cozean regarding royalty payments | May 2011 |
| D46 | Corde (182) Ex. 54 | Letter from Innovative Biodefense signed by Gary Klein which IBD attempted to have executed by Carlo Micceri which accompanied a $48,000 draft. The letter was not executed by Micceri | |
| D47 | Corde (182) Ex. 55 | Letters issued by Cozean on behalf of BDS and IBD seeking to renew the Sublicense Patent Agreements between IBD and VSP | |
| D48 | Corde (182) Ex. 56 | VSP counsel's letter responding to IBD's renewal letters | |
| D49 | Corde (182) Ex. 57 | Reply Declaration of Susan Goldsberry, President and CEO of Benchmark | |
| D50 | Agius Ex. D (Cozean 81) | Series of emails, top-level from YanKeeS789@aol.com (Mark Karsch) to Cozean of License Agreements, Royalties, and Schedule 3.1 Royalties, and valuation documents. | Mar. 31, 2011 |
| D51 | Agius Ex. D (Cozean 82) | Series of emails, top-level from YanKeeS789@aol.com (Mark Karsch) to Cozean of BDS financial statements. | Apr. 1, 2011 |
| D52 | Agius Ex. D (Cozean 83) | Series of emails, top-level from YanKeeS789@aol.com (Mark Karsch) to Cozean of financial information regarding BDS and VSP licensing deal. | Apr. 2, 2011 |
| D53 | Agius Ex. D (Cozean 84) | Email from Jason Gersting to Cozean regarding relationship between VSP and BDS. | Apr. 10, 2011 |

14

| D54 | Agius Ex. D (Cozean 88) | Email from Jason Gersting to Cozean regarding foreign patents. | May 9, 2011 |
|---|---|---|---|
| D55 | Agius Ex. D (Cozean 91)<br><br>Cozean (198) Ex. C | Email from Jeffrey Berkowitz to Cozean, subject: "Signed MOU," with attachment. | June 2, 2011 |
| D56 | Agius Ex. D (Cozean 92)<br><br>Klein (197) Ex. B | Email from Gary Klein to David Schuct, subject: "Re: Revised Agreement 6-1-2011 FINAL," with attachment of unsigned "Agreement to Pay Past Due Minimum Royalty Paymnets" | June 1, 2011 |
| D57 | Agius Ex. D (Cozean 92)<br><br>Klein (197) Ex. A | Email from Gary Klein to David Shucht, Jeffrey Berkowitz, and Mark Karsch, subject "RE: Asset Purchase agreement." | June 1, 2011 |
| D58 | Agius Ex. D (Cozean 93) | Email from Cozean to Brockington, Berkowitz, Minsky, et al, subject "final agreement." | June 1, 2011 |
| D59 | Agius Ex. D (Cozean 101) | Email from Klein to Cozean, subject "For your eyes only – CONFIDENTIAL." | July 8, 2011 |
| D60 | Agius Ex. D (Cozean 102) | Email from YanKeeS789@aol.com (Mark Karsch) to Cozean, subject "Carlo deal." | July 19, 2011 |
| D61 | Meyers (178) Ex. G | VSP's supplemental responses to IBD's first set of requests for production of documents | Feb. 21, 2014 |
| D62 | Meyers (178) Ex. H | VSP's supplemental responses to IBD's first set of special interrogatories | Feb. 21, 2014 |
| D63 | Meyers (178) Ex. J | VSP's supplemental responses to IBD's second set of special interrogatories | Feb. 21, 2014 |
| D64 | Meyers (178) Ex. K | VSP's supplemental responses to IBD's third set of special interrogatories | May 2, 2014 |
| D65 | Klein (176) Ex. A | Offer letter signed by Klein, unsigned by Micceri. | July 27, 2011 |
| D66 | Klein (176) Ex. B | Purchase order to San-Mar, along with a cover letter Klein prepared for Micceri, | Aug. 12, 2011 |
| D67 | Klein (176) Ex. C | Email exchange dated between Klein and San-Mar employee Kristy Faulhaber | Sept. 1, 2011 |
| D68 | Klein (176) Ex. D | Letter sent by Klein to Faulhaber, a San-Mar employee | Sept. 8, 2011 |

| D69 | Cozean (177) Ex. E | Email from Berkowitz to Cozean, subject "RE: Prior Commitments," and letters dated August 30 and October 10, 2011, from Cozean to Micceri | Aug. 10, 2011 |
|---|---|---|---|
| D70 | Cozean (177) Ex. F<br><br>Cozean (21) Ex. F | Letter from Bruce Minsky ("Minsky") to the owners of San-Mar | Sept. 1, 2011 |
| D71 | Cozean (177) Ex. H | Letter from Cozean to San-Mar representatives and Micceri. | Sept. 2, 2011 |
| D72 | Cozean (177) Ex. I<br><br>Cozean (21) Ex. G | SanMar Demand Letter sent to Marvin Berkrot and Carlo Micceri. | Nov. 21, 2011 |
| D73 | Cozean (177) Ex. J | Email from Macchia to Cozean, subject "RE: Innovative Biodefense/BioDefense Solutions purchase order." | Nov. 21, 2011 |
| D74 | Cozean (177) Ex. K | Email from Cozean to Modak, subject "INGRED LISTS." | May 7, 2012 |
| D75 | Cozean (177) Ex. L<br><br>Cozean (32) Ex. A | Printout from USPTO regarding trademark ownership. | Oct. 11, 2012 |
| D76 | Meyers (196) Ex. B<br><br>Cozean (246) Ex. C | Email from Shucht to Micceri, subject "RE: Dr Modak." | Aug. 30, 2010 |
| D77 | Meyers (196) Ex. C | Email from Cozean to Elizabeth Olsen, subject "Payment to Carlo." | Feb. 27, 2012 |
| D78 | Meyers (196) Ex. E | Defendants VSP and Micceri to IBD's Request for Production of Documents (Set Two) | Nov. 7, 2014 |
| D79 | Klein (197) Ex. C | Check stub for $486,747.63 made to Mates Fischer | Jun. 2, 2011 |
| D80 | Klein (197) Ex. D | Signed Action by Written Consent of Shareholders of IBD | June 1, 2011 |
| D81 | Klein (197) Ex. E | Action by Written Consent of the Board of Directors of IBD. | June 3, 2011 |
| D82 | Klein (197) Ex. F | Minutes of Board of Directors of IBD telephone meeting. | Oct. 17, 2011 |
| D83 | Klein (197) Ex. G | Minutes of Board of Directors of IBD telephone meeting. | Nov. 27, 2011 |
| D84 | Cozean (198) Ex. A | Email from Cozean to Gary Klein, Jeffrey Berkowitz, David Shucht, and others | May 2011 |

| D85 | Cozean (198) Ex. D<br><br>Berkowitz Dep. Ex. 51 | Executed Memo of Understanding | |
|-----|-----|-----|-----|
| D86 | Cozean (198) Ex. E | Fully executed IBD/BDS Asset Purchase Workout Agreement, | Nov. 10, 2011 |
| D87 | Cozean (198) Ex. G | Email forwarded from David Shucht to Cozean, subject "FW: Zytrel." | Apr. 25, 2012 |
| D88 | Cozean (198) Ex. H | Email from Berkowitz to Cozean, subject "RE: Prior commitments." | Aug. 10, 2011 |
| D89 | Cozean (198) Ex. I | Email from Shucht to Cozean, subject "FW: lotion." | Apr. 25, 2012 |
| D90 | Cozean (198) Ex. J | Email from Shucht to Cozean, subject "sanmar." | Apr. 25, 2012 |
| D91 | Cozean (198) Ex. F | Stipulation of Settlement between defendant San Mar and plaintiff IBD | May 23, 2014 |
| D92 | Corde (202) Ex. 58 | Letter of attorney Bruce Minsky | Sept. 1, 2011 |
| D93 | Corde (202) Ex. 59 | Memo of Understanding | May 30, 2011 |
| D94 | Corde (202) Ex. 60 | Corde emails to counsel for BDS and IBD | Jan. 24, 2012 |
| D95 | Micceri (243) Ex. D | Email from Modak to Berkowitz answering questions regarding patents, subject "Answers to BDS questions." | May 10, 2012 |
| D96 | Cozean (246) Ex. A | Email from Faulhaber to Berkowitz, subject "summary of VSP cases – patent list," with attachment | Sept. 6, 2011 |
| D97 | Corde (182) Ex. 1 | Plaintiff's Complaint | May 9, 2012 |
| D98 | Corde (182) Ex. 2<br><br>Micceri Dep. Ex. 33 | Amended Answer with Counterclaims of defendants VSP and MICCERI | Dec. 20, 2012 |
| D99 | Corde (182) Ex. 3 | Plaintiffs Reply to the Counterclaims | Jan. 18, 2013 |
| D100 | Corde (182) Ex. 4 | Third Party Complaint of VSP and Micceri | Dec. 20, 2012 |
| D101 | Corde (182) Ex. 5 | Answer and Counterclaims of Third Party Defendant and Counterclaim Plaintiff BDS | Mar. 11, 2013 |
| D102 | Corde (182) Ex. 7 | Stipulation of Settlement between defendant San Mar and plaintiff IBD | May 23, 2014 |
| D103 | Dkt. 21 | Declaration of Cozean in Support of Motion for Preliminary Injunction | Oct. 23, 2012 |

17

| D104 | Cozean (21) Ex. H | Notice sent by Cozean to VSP that IBD was exercising its right to renew the Sublicense Patent Agreements. | Apr. 23, 2012 |
|---|---|---|---|
| D105 | Cozean (21) Ex. I | Letter sent by Corde to Cozean. | July 16, 2012 |
| D106 | Dkt. 31 | Declaration of Jeffrey Berkowitz | Nov. 14, 2012 |
| D107 | Dkt. 32 | Declaration of Colette Cozean. | Nov. 14, 2012 |
| D108 | Dkt. 23 | Affidavit of Carlo Micceri | Nov. 6, 2012 |
| D109 | Cozean (32) Ex. C | Print out of patent from USPTO database. | Nov. 10, 2012 |
| D110 | Cozean (32) Ex. D | Print out from froeign patent databases. | |
| D111 | Micceri (23) Ex. A | Printout from "Zylast Direct." | Nov. 2, 2012 |
| D112 | Micceri (23) Ex. B | Printout from "Zylast Direct" regarding hand lotion. | Nov. 2, 2012 |
| D113 | Micceri (23) Ex. C | Printout from "Zylast Direct regarding sanitizing lotion. | Nov. 2, 2012 |
| D114 | Micceri (23) Ex. D | Internet advertisement by plaintiff for "Zylast XP." | Jan. 1, 2012 |
| D115 | Micceri (23) Ex. E<br><br>Berkowitz Dep. Ex. 70 | Pages off the internet from "the buyers code Inc." where plaintiffs market Zylast/Zytrel XP | Nov. 2, 2012 |
| D116 | Micceri (23) Ex. F | Confirmation from Columbia University regarding existence of patents. | June 19, 2012 |
| D117 | Micceri (23) Ex. G | Email from Scott Friedman to Micceri, Subject "Fwd: " | May 26, 2012 |
| D118 | Micceri (23) Ex. H | Email from Friedman to Micceri, subject "Fwd: Barry Lewis is concerned." | May 26, 2012 |
| D119 | Micceri (23) Ex. I | Letter to plaintiffs putting them on notice of default. | Sept. 6, 2011 |
| D120 | Micceri (23) Ex. J | Email from Scott Friedman to Micceri, subject "Fw: Response to your questions for Barry" | May 25, 2012 |
| D121 | Micceri (23) Ex. K | Complaint, filed in the U.S. District Court, Central District of California, in class action brought against Cozean. | Oct. 27, 1998 |
| D122 | Micceri (23) Ex. L | Printout of article "A Dental Tech Startup May Need Some Novocain," dated June 7, 1998. | Nov. 2, 2012 |

| D123 | Micceri (23) Ex. M | Article regarding securities class action brought against Premier Laser Systems, Inc. | Nov. 2, 2012 |
|------|-------------------|-----------------------------------------------------------------------------------------|--------------|
| D124 | Micceri (23) Ex. N | Article indicating Premier was going to pay $14 million to settle class action | Nov. 2, 2012 |
| D125 | Micceri (23) Ex. O | Article from Free Library regarding Brite Smile bringing litigation against Premier for patent infringement. | Nov. 2, 2012 |
| D126 | Micceri (23) Ex. P | Article from Express Press regarding claims brought against Premier Laser Systems. | Nov. 2, 2012 |
| D127 | Micceri (23) Ex. Q | Series of articles from December of 2001 regarding a company call Surgilight, who had Cozean as the chairperson, where it announced it settled a patent case. | Nov. 2, 2012 |
| D128 | Micceri (23) Ex. R | Article, dated Jan. 31, 2004 claiming Cozean tried to steal credit for developing a technique. | Nov. 2, 2012 |
| D129 | Micceri (23) Ex. S | Article regarding Cozean's Surgilight company being sued by Merrill Lynch for $500,000 | Nov. 2, 2012 |
| D130 | Micceri (23) Ex. T | Article about Cozean's company called Diodem LLC, being sued by Biolaze for patent infringement. | Nov. 2, 2012 |
| D131 | Micceri (23) Ex. U | June 1, 2004 warning letter from the FDA addressed to Cozean, as Chief Executive Officer of Surgilight, Inc. | June 1, 2004 |
| D132 | Micceri (23) Ex. V | Email from Micceri to Corde, subject "Fwd: Revised Agreement 6-1-2011 FINAL." | Nov. 6, 2012 |
| D133 | Dkt. 51 | Declaration of Cozean. | Feb. 19, 2013 |
| D134 | Dkt. 176 | Declaration of Klein. | Mar. 26, 2015 |
| D135 | Dkt. 177 | Declaration of Cozean. | Mar. 26, 2015 |
| D136 | Dkt. 183 | Declaration of Micceri | Apr. 30, 2015 |
| D137 | Dkt. 197 | Declaration of Klein. | May 21, 2015 |
| D138 | Dkt. 198 | Declaration of Cozean | May 21, 2015 |
| D139 | Dkt. 203 | Declaration of Micceri | June 4, 2015 |
| D140 | Dkt. 227 | Declaration of Cozean | Dec. 20, 2016 |
| D141 | Dkt. 228 | Declaration of Klein. | Dec. 20, 2016 |

| D142 | Dkt. 243 | Declaration of Micceri. | May 16, 2017 |
| D143 | Dkt. 246 | Declaration of Cozean. | May 23, 2017 |
| D144 | Micceri Dep. Ex. 6 | FDA rulemaking with list of active ingredients. | |
| D145 | Modak Dep. Ex. 123<br><br>Micceri Dep. Ex. 4 | CTFA Adopted name listing formula for the lotion | |
| D146 | Modak Dep. Ex. 124 | CTFA Adopted name listing formula | |
| D147 | Modak Dep. Ex. 125 | CTFA Adopted name listing formula for foaming cleanser | |
| D148 | Modak Dep. Ex. 126 | The '840 Patent | |
| D149 | Modak Dep. Ex. 127 | The '365 Patent | |
| D150 | Modak Dep. Ex. 128 | The '425 Patent | |
| D151 | Modak Dep. Ex. 129 | The '918 Patent | |
| D152 | Modak Dep. Ex. 130 | The '429 Patent | |
| D153 | Modak Dep. Ex. 131 | The '461 Patent | |
| D154 | Modak Dep. Ex. 132 | The '649 Patent | |
| D155 | Modak Dep. Ex. 133 | The '023 Patent | |
| D156 | Modak Dep. Ex. 134 | The '610 Patent | |
| D157 | Modak Dep. Ex. 135 | The '386 Patent | |

20

| D158 | | Curtin email to Modak re: Pro-quat Zytrel Blend<br>MODAK_0000770 | 11/6/09 |
|------|--|-----------------------------------------------------------------|---------|
| D159 | | Faulhaber email to Modak<br>MODAK_0000938 | 1/27/10 |
| D160 | | Faulhaber email to Modak re: Anti-Fungal Cream w/ Zytrel formula<br>MODAK_0001148 | 1/20/10 |
| D161 | | Guslk email to S. Micceri re: Revised Payment Schedule<br>MODAK_0001160-61 | 2/3/10 |
| D162 | | Modak email to McLellan re: Zytrel Information<br>MODAK_0002125-26 | 4/30/09 |
| D163 | | "Independent labs confirm: Zytrel XP provides Extended Protection"<br>MODAK_0002845-50 | |
| D164 | | Belmonte email to Schucht re: Zytrel XP technology – next steps<br>MODAK_0004035-37 | 4/19/10 |
| D165 | | Answers for the questions Colette Cozean raised in addition to her recent Email with additional questions MODAK_0004139-40 | |
| D166 | | Products from old VSP license<br>MODAK_0004141-49 | |
| D167 | | VSP new license Products developed<br>MODAK_0004151-52 | |
| D168 | | Answers for the questions Colette Cozean raised in addition to her email recently with additional questions<br>MODAK_0004163-64 | |
| D169 | | Products from old VSP license<br>MODAK_0004243-51 | |
| D170 | | Modak email to Shucht re: test method<br>MODAK_0004252-53 | 3/15/11 |
| D171 | | Modak email to Shucht re: Zytrel XP: technical assessment<br>MODAK_0004257-59 | 3/16/11 |

| | | | |
|---|---|---|---|
| D172 | | Modak email to Kedzia re: Zytrel XP: technical assessment MODAK_0004260-67 | |
| D173 | | Modak email to Shucht re: Triclosan-free soap – MODAK_0004268-69 | 3/16/11 |
| D174 | | Modak email to Shucht re: Zytrel MODAK_0004281-84 | 5/11/11 |
| D175 | | Modak email to Shucht re: competitors MODAK_0004285 | 3/21/11 |
| D176 | | Modak email to Shucht re: competitors MODAK_0004294-95 | 3/21/11 |
| D177 | | Modak email to Shucht re: Surgical scrub MODAK_0004307 | 3/22/11 |
| D178 | | Modak email to Shucht re: Zytrel MODAK_0004308-09 | 3/29/11 |
| D179 | | Modak email to Shucht re: Dial MODAK_00004310 | 3/30/11 |
| D180 | | Modak email to Shucht re: Zytrel Alcohol foaming hand sanitizer ATA-019-10 MODAK_0004315-16 | 4/6/11 |
| D181 | | Modak email to Shucht re: Zytrel MODAK_0004325-27 | 5/11/11 |
| D182 | | Modak email to Shucht re: Zytrel MODAK_0004335-38 | 5/11/11 |
| D183 | | Faulhaber email to Belmonte re: Zytrel XP Technology MODAK_0004366-67 | 5/24/10 |
| D184 | | Modak email to Shucht re: Dial MODAK_0004403 | 6/6/11 |
| D185 | | Modak email to Shucht re: dial MODAK_0004332 | 6/7/11 |
| D186 | | Hardy email to Allan re: Thymosin B-4 gel for wounds MODAK_0004434-35 | 5/27/10 |
| D187 | | Modak email to Shucht re: Zytrel MODAK_0004440 | 7/5/11 |
| D188 | | Modak email to Shucht re: Zytrel MODAK_0004441-42 | 7/6/11 |

56292/0001-15194090v2

| | | | |
|---|---|---|---|
| D189 | | Modak email to Shucht re: Zytrel soap MODAK_0004446 | 7/28/11 |
| D190 | | Modak email to santoshdongre@gmail.com re: D4 Lotion BZKC MODAK_0004448-50 | 7/28/11 |
| D191 | | Modak email to santoshdongre@gmail.com re: 27 C2 BZT Soap – LPS 14 D Soap – Anti Bac Lotion D4 MODAK_0004451-52 | 7/28/11 |
| D192 | | Brandao email to Modak MODAK_0004453 | 6/8/10 |
| D193 | | Micceri email to Modak MODAK_0004454 | 6/10/10 |
| D194 | | Modak email to Hansen re: Zytrel Sugrical Scrub 3 & Surgical Hand Disinfectant Scrub 5 _ Part # & Ingredient name different MODAK_0004473-74 | 12/9/11 |
| D195 | | Modak email to Hansen Zytrel Sugrical Scrub 3 & Surgical Hand Disinfectant Scrub 5 _ Part # & Ingredient name different MODAK_0004488-90 | 12/14/11 |
| D196 | | Modak email to Hansen re: Zytrel Sugrical Scrub 3 & Surgical Hand Disinfectant Scrub 5 _ Part # & Ingredient name different MODAK_0004497-99 | 12/14/11 |
| D197 | Micceri Dep. Ex. 7 | San-Mar Laboratories – MASTER FORMULA FILE MODAK_0004509-23 | 8/16/11 |
| D198 | | Modak email to Hansen re: Zytrel Sugrical Scrub 3 & Surgical Hand Disinfectant Scrub 5 _ Part # & Ingredient name different  MODAK_0004529-31 | 12/15/11 |
| D199 | | Modak email to Hansen re: Silver sulphadiazide MODAK_0004537-38 | 12/19/11 |
| D200 | | San-Mar Laboratories – MASTER FORMULA FILE MODAK_0004542-44 | 7/21/11 |

| D201 | | San-Mar Laboratories – MASTER FORMULA FILE MODAK_0004613-14 | 5/2/11 |
|---|---|---|---|
| D202 | | Products from old VSP license MODAK_0004615-23 | |
| D203 | | Patents related to VSP license – MODAK_0004660 | |
| D204 | | Letter from Columbia w/ Modak Portfolio attachment MODAK_0004687-94 | 6/19/12 |
| D205 | | Hand sanitizer ATA-014-00 and surgical hand disinfectant ATA-016-00 (formulations modified) MODAK_0004703-09 | 1/13/11 |
| D206 | | Formula Costout – Tric-Free Antibacterial SP 27CA BZT MODAK_0004855 | 1/13/11 |
| D207 | | Formula Costout – Triclosan-Free Soap 27-B BZT MODAK_0004856-57 | 1/10/11 |
| D208 | | Benzyl alcohol, Botanicals, Antibacterils Containing Products licensed MODAK_0004858 | |
| D209 | | San-Mar Laboratories – MASTER FORMULA FILE MODAK_0004878 | 4/13/11 |
| D210 | | Products from New VSP license (Patents pending) MODAK_0004895-910 | |
| D211 | | Memo to Carlo re: patent review MODAK_0005014 | |
| D212 | | Memo re: patent review MODAK_0005080 | |
| D213 | | San-Mar Laboratories – MASTER FORMULA FILE MODAK_0005081-85 | 6/20/11 |
| D214 | | Memo re: patent review MODAK_0005098 | |

| D215 | | Modak email to Faulhaber re: Formulations MODAK_0006179-81 | 1/6/11 |
|---|---|---|---|
| D216 | | Modak email to Micceri re: Completed VSP products for licensing MODAK_0006357 | 1/20/11 |
| D217 | | Modak email to Micceri re: VSP related Patents MODAK_0006444 | 3/18/11 |
| D218 | | Modak email to Faulhaber re: competitors MODAK_0006447-49 | 3/21/11 |
| D219 | | Email to George Ehrhardt from S. Micceri re: Questions + Revenue Report MODAK_0006606-07 | 4/16/12 |
| D220 | | Modak letter to Dr. Labombard re: concerns about Benzathonium chloride MODAK_0006643-44 | |
| D221 | | Modak email to Micceri re: Hand sanitizer and scrub MODAK_0006658 | 4/5/11 |
| D222 | | Modak email to Micceri re: Dial MODAK_0006748-49 | 6/10/11 |
| D223 | | Modak email to Faulhaber re: Lysol/Dial soaps MODAK_0006753 | 7/5/11 |
| D224 | | Modak email to Faulhaber re: VSP Lab Request Updated Chart MODAK_0006764-65 | 7/9/11 |
| D225 | | Modak email to Faulhaber re: Soaps and lotion MODAK_0006766 | 7/14/11 |
| D226 | | Modak emal to Faulhaber re: Aqueous Hand Disinfectant MODAK_0006769 | 7/16/11 |
| D227 | | Modak email to Faulhaber re: Lysol Soap LPS 14 B5 O MODAK_0006776-81 | 6/14/11 |
| D228 | | Modak email to Faulhaber re: D4 Lotion BZKC MODAK_0006797-800 | 8/2/11 |

25

56292/0001-15194090v2

| D229 | | Modak email to Micceri re: Patents MODAK_0006812 | 8/11/11 |
|---|---|---|---|
| D230 | | Modak email to Faulhaber re: VSP finalized Products MODAK_0006844 | 9/2/11 |
| D231 | | Modak email to Faulhaber re: LPS F-Z MODAK_0006920-23 | 9/21/11 |
| D232 | | Modak email to sag23@columbia.edu re: VSP license MODAK_0006929 | 8/4/11 |
| D233 | | Modak email to Micceri re: EP coverage MODAK_0006930 | 9/22/11 |
| D234 | | Modak email to Faulhaber re: Biodefense MODAK_0006938-39 | 9/29/11 |
| D235 | | Modak email to Faulhaber re: VSP products MODAK_0006960-61 | 10/13/11 |
| D236 | | Modak email to Micceri re: Zytrel tests MODAK_0006988-89 | 9/9/11 |
| D237 | | Modak email to Faulhaber re: Finalized products MODAK_0006991 | 11/6/11 |
| D238 | | Modak email to Story re: Confidentiality Chris again. MODAK_0007017 | 11/14/11 |
| D239 | | Modak email to Faulhaber re: Finalized products MODAK_0007198 | 11/6/11 |
| D240 | | Modak email to Hansen re: Amples MODAK_0007261 | 2/28/12 |
| D241 | | Modak email to Story MODAK_0007263 | 4/4/12 |
| D242 | | Modak email to Micceri re: Ingred Lists MODAK_0007278-80 | 5/7/12 |
| D243 | | Modak email to Micceri re: I also requested that Carlo send the following questions to you MODAK_0007281-82 | 5/7/12 |

| D244 | | Modak email to Modak re: Conv w carlo today<br>MODAK_0007297 | 5/10/12 |
|---|---|---|---|
| D245 | | Modak email to Berkowitz re: BZT Levels<br>MODAK0007299 | 5/10/12 |
| D246 | | Modak email to Modak re: Triseptin & IBD products<br>MODAK_0007301-03 | 5/14/12 |
| D247 | | Modak email to Cozean<br>MODAK_0007439 | 6/23/12 |
| D248 | | Modak email to Micceri<br>MODAK_0007508 | 10/6/12 |
| D249 | | Modak email to Micceri re: Ingred Lists<br>MODAK_0007518-20 | 10/27/17 |
| D250 | | Modak email to Micceri<br>MODAK_0007524 | 10/27/12 |
| D251 | | Modak email to Micceri re: Triseptin & IBD products<br>MODAK_0007530-32 | 11/5/12 |
| D252 | | Modak email to Ehrhardt re: VSP license fee<br>MODAK_0007587 | 12/7/12 |
| D253 | | Modak email to sag@columbia.edu re: VSP License Fee<br>MODAK_0007591-92 | 12/12/12 |
| D254 | | Modak email to Micceri re: VSP draft patent prosecution letter<br>MODAK_0007807 | 12/20/12 |
| D255 | | Modak email to Micceri re: CDLS draft<br>MODAK_0007808 | 12/20/12 |
| D256 | | Modak email to Micceri re: ComplexSyn-Z new formulations<br>MODAK_0007826 | 10/3/12 |
| D257 | | Modak email re: fwd: vsp<br>MODAK_0007828-29 | 10/8/12 |
| D258 | | Modak email to Micceri re: Claims related to your license<br>MODAK_0007836 | 11/12/12 |

| D259 | | Modak email to ge2150@columbia.edu re: CDLS patent expense MODAK_0007853 | 11/26/12 |
|---|---|---|---|
| D260 | Micceri Dep. Ex. 5 | Zytrel XP label. | 2009 |
| D261 | | Zytrel XP label | |
| D262 | Micceri Dep. Ex. 9 | Ingredients List for Anti-Bacterial Lotion w/ Zytrel | 10/15/09 |
| D263 | Micceri Dep. Ex. 10 | CTFA Adopted Name Listing for Anti-Bacterial Hand Lot | |
| D264 | Micceri Dep. Ex. 11 | Master Formula File for Anti-Bacterial Hand Lot w/ Zytrel | 8/16/2011 |
| D265 | Micceri Dep. Ex. 12 | Master Formula File for Anti-Bacterial Hand Lot w/ Zytrel | 8/16/2011 |
| D266 | Micceri Dep. Ex. 13 | Ingredient List for Dial Soap | 01/06/2011 |
| D267 | Micceri Dep. Ex. 14 | Stability test results | 3/18/09 |
| D268 | Micceri Dep. Ex. 15 | Master Formula File for Anti-Bacterial Hand Lot w/ Zytrel | 8/16/2011 |
| D269 | Micceri Dep. Ex. 16 | Test results for anti-bacterial hand lotion w/ Zytrel | 11/23/2009 |
| D270 | Micceri Dep. Ex. 17 | Test results for anti-bacterial hand lotion w/ Zytrel | 12/20/2009 |
| D271 | Micceri Dep. Ex. 18 | Test results for anti-bacterial hand lotion w/ Zytrel | 1/7/2010 |
| D272 | Micceri Dep. Ex. 19 | Test results for anti-bacterial hand lotion w/ Zytrel | 9/2/2010 |
| D273 | Micceri Dep. Ex. 20 | Test results for Foaming Cleanser with Alcohol | 1/7/2010 |
| D274 | Micceri Dep. Ex. 21 | Test results for Foaming Cleanser with Alcohol | 1/7/2010 |
| D275 | Micceri Dep. Ex. 22 | Test results for Foaming Cleanser with Alcohol | 1/6/2010 |
| D276 | Micceri Dep. Ex. 23 | Test results for Foaming Cleanser with Alcohol | 12/2/2009 |
| D277 | Micceri Dep. Ex. 24 | Trademark/Service Mark Application for Zytrel. | 11/25/04 |

| D278 | Micceri Dep. Ex. 25 | Trademark/Service Mark Application for Zytrel. | 1/12/2007 |
|---|---|---|---|
| D279 | Micceri Dep. Ex. 26 | Trademark/Service Mark Application for Zytrel. | 8/28/2003 |
| D280 | Micceri Dep. Ex. 27 | Combined Declaration of Use and Incontestability for Zytrel | 4/10/2007 |
| D281 | Micceri Dep. Ex. 28 | Notice of Trademark Opposition. | 4/17/2011 |
| D282 | Micceri Dep. Ex. 29 | Notice from USPTO TTAB. | 4/18/2011 |
| D283 | Micceri Dep. Ex. 30 | Notice of default 06/13/2011 | 6/13/2011 |
| D284 | Micceri Dep. Ex. 31 | Patent for 7,759,327 | 6/20/2010 |
| D285 | Micceri Dep. Ex. 33 | Unsigned letter between Gary Klein and Carlo Micceri | 7/27/2011 |
| D286 | Cozean Dep. Ex. 88 | Email from Jason Gersting to Cozean, subject: BDS Patent Question. | 5/9/2011 |
| D287 | Cozean Dep. Ex. 89 | Email from Berkowitz to Cozean, Shucht, and others, subject: "Royalty payments." | 5/19/2011 |
| D288 | Cozean Dep. Ex. 90 | Email from Berkowitz to Cozean and others, subject: "RE: term sheet for Carlo" | 5/27/2011 |
| D289 | Cozean Dep. Ex. 91 | Email from Berkowitz to Cozean, subject "Signed MOU" | 6/2/2011 |
| D290 | Cozean Dep. Ex. 81 | Email from YanKeeS789@aol.com (Mark Karsch) to Cozean, with no subject. | 3/31/2011 |
| D291 | Cozean Dep. Ex. 82 | Email from YanKeeS789@aol.com (Mark Karsch) to Cozean, with no subject. | 4/1/2011 |
| D292 | Cozean Dep. Ex. 83 | Email from Cozean to Klein and Merani, subject "I am leaving you to discuss BDS license on my behalf" | 4/2/2011 |
| D293 | Cozean Dep. Ex. 84 | Email from Gersting to Cozean, subject "BDS and Sublicensing." | 4/10/2011 |
| D294 | Cozean Dep. Ex. 85 | Action Plan/Term Sheet for BioDefense | |
| D295 | Cozean Dep. Ex. 86 | Email from Shucht to Cozean, Berkowitz, and Karsch, subject "Costs." | 4/29/2011 |
| D296 | Cozean Dep. Ex. 102 | Email from Cozean to Karsch, subject "Carlo deal." | 7/19/2011 |

| D297 | Cozean Dep. Ex. 103 | Email from Shucht to Cozean, subject "Re: dispenser." | 7/19/2011 |
|------|------|------|------|
| D298 | Cozean Dep. Ex. 104 | Letter from Cozean to Micceri regarding testing. | 8/30/2011 |
| D299 | Cozean Dep. Ex. 106 | Email from Jesse Cozean to Karis Staley, subject "Need for testing/manufacturer of our old products" | 9/12/2011 |
| D300 | Cozean Dep. Ex. 92 | Email from Klein to Shucht, subject: "Revised Agreement 6-1-2011 FINAL" | 6/1/2011 |
| D301 | Cozean Dep. Ex. 93 | Email from Cozean to Brockington, Minsky, and others, subject: "final agreement." | |
| D302 | Cozean Dep. Ex. 94 | Email from Cozean to Rice, subject "Zytrel Venture ?" | 6/1/2011 |
| D303 | Cozean Dep. Ex. 95 | Email from Merani to Cozean, subject "maybe late afternoon o/w call" | 8/4/2011 |
| D304 | Cozean Dep. Ex. 96 | Email from Cozean to Berkowitz, subject "terms for carlo." | 8/4/2011 |
| D305 | Cozean Dep. Ex. 97 | Email from Cozean to Merani, subject "can u pls schedule us for some time first thing wed am" | 8/6/2011 |
| D306 | Cozean Dep. Ex. 98 | Email from Cozean to Merani, subject "Tricolsan-Free soap." | 8/15/2011 |
| D307 | Cozean Dep. Ex. 99 | Email from Cozean to Brockington, subject "Fwd: Barry Lewis Correspondance: Atty-client Privileged. Confidential." | 8/27/2011 |
| D308 | Cozean Dep. Ex. 100 | Email from Cozean to Merani, subject "IBD Agreement" | 6/4/2011 |
| D309 | Cozean Dep. Ex. 101 | Email from Cozean to Klein, subject "For your eyes only – CONFIDENTIAL" | 7/8/2011 |
| D310 | Cozean Dep. Ex. 115 | Email from Cozean to Brockington, subject "PROPOSED RESOLUTION of BDS Asset Purchase" | 10/4/2011 |
| D311 | Cozean Dep. Ex. 116 | Email from Cozean to Shepard, subject: "Re: Innovative BioDefense." | 1/9/2012 |

| D312 | Cozean Dep. Ex. 117 | Email from Jesse Cozean to Shucht, subject: "PO # 9 new.pdf" | 1/17/2012 |
|---|---|---|---|
| D313 | Cozean Dep. Ex. 118 | Email from Jesse Cozean to Colette Cozean, Klein, and Shucht, subject: "Manufacturing/Repackaging Update" | 12/2/2011 |
| D314 | Cozean Dep. Ex. 119 | Email from Jesse Cozean to Shucht, subject "Manufacturing – Pegasus" | 10/25/2011 |
| D315 | Cozean Dep. Ex. 120 | Email from Berkowitz to Cozean, subject "Fwd: OTC Stability Protocol Request" | 8/26/2011 |
| D316 | Cozean Dep. Ex. 121 | Company payment chart | |
| D317 | Cozean Dep. Ex. 107 | Email from Cozean to Gersting, subject "Client Presentation" | 9/15/2011 |
| D318 | Cozean Dep. Ex. 108 | Email from Jesse Cozean to Karis Staley, subject "Stability/Manufacturing Questions" | 9/20/2011 |
| D319 | Cozean Dep. Ex. 109 | Zytrel Foaming Hand Cleanser (Non-Persistent), Tentative Ingredient List. | 11/2/2011 |
| D320 | Cozean Dep. Ex. 110 | Innovative Biodefense Patent Assessment | |
| D321 | Cozean Dep. Ex. 111 | Email from Cozean to Staley, subject "Lotion/Sanitizer" | 4/17/2012 |
| D322 | Cozean Dep. Ex. 112 | Email from Cozean to Bugbee, subject "revised agreement" | 4/28/2012 |
| D323 | Cozean Dep. Ex. 113 | Email from Sears to Cozean, subject "RE: response" | 8/1/2013 |
| D324 | Cozean Dep. Ex. 114 | Zylast XP Technical Summary | |
| D325 | Montenegro Dep. Ex. 79 | Record of money received by Innovative Biodefense. | 5/17/2012 |

31

| D326 | Montenegro Dep. Ex. 80 | Email from Cozean to Bruce Bugbee, subject "Zylast Direct Website." | 9/3/2012 |
|---|---|---|---|
| D327 | Berkowitz Dep. Ex. 36 | Board Meeting Minutes | 8/30/2010 |
| D328 | Berkowitz Dep. Ex. 37 | San-Mar Laboratories Price Quotation. | 2/19/2009 |
| D329 | Berkowitz Dep. Ex. 38 | Process Validation for Packaging for Anti-Bacterial Hand Lotion with Zytrel. | 11/19/2009 |
| D330 | Berkowitz Dep. Ex. 39 | Method Validation for the Determination of Benzethonium Chloride Via HPLC | |
| D331 | Berkowitz Dep. Ex. 40 | Email from Paul Caskery to Shucht and Berkowitz, subject "Update" | 9/30/2009 |
| D332 | Berkowitz Dep. Ex. 41 | Email from Caskey to Shucht, Berkowitz, and rmags21@gmail.com, subject "Agenda" | 9/16/2009 |
| D333 | Berkowitz Dep. Ex. 42 | VSP's responses to the first requests for production of documents from BDS Solutions—quality manual | |
| D334 | Berkowitz Dep. Ex. 43 | Email from Caskey to Shucht and Berkowitz, subject "Status Updates." | 9/18/2009 |
| D335 | Berkowitz Dep. Ex. 44 | Email from Faulhaber to Berkowitz, subject "Procedures" | 5/19/2010 |
| D336 | Berkowitz Dep. Ex. 45 | Email from Shucht to Faulhaber, subject "Hand Sanitizer-Lysol" | 7/22/2010 |
| D337 | Berkowitz Dep. Ex. 47 | Email from Klein to Berkowitz and Shucht, subject "FW: due diligence" | 4/4/2011 |
| D338 | Berkowitz Dep. Ex. 49 | Email from Klein to Shucht and Berkowitz, subject: "BDS Sales" | 5/25/2011 |
| D339 | Berkowitz Dep. Ex. 50 | Email from Klein to Berkowitz, Shucht and Karsch, subject: "Asset Purchase agreement" | 6/1/2011 |

32

| D340 | Berkowitz Dep. Ex. 52 | Email from Berkowitz to Micceri, no subject, regarding the binding term sheet. | 5/30/2011 |
| D341 | Berkowitz Dep. Ex. 53 | Email from Cozean to Heydenrych, subject "Assumptions" | 5/21/2011 |
| D342 | Berkowitz Dep. Ex. 54 | Email from Friedman to Micceri, subject "Fwd:" regarding funding and payment to Barry Lewis | 5/26/2012 |
| D343 | Berkowitz Dep. Ex. 55 | Agreement to Pay Past Due Royalty Payments, unsigned, between BDS and VSP. | June 2011 |
| D344 | Berkowitz Dep. Ex. 56 | Amended and Restated Sublicense Patent Agreement between VSP and Innovative Biodefense. | 6/10/2011 |
| D345 | Berkowitz Dep. Ex. 57 | Email from Micceri to Shucht, subject: "Re: Dial" | 6/3/2011 |
| D346 | Berkowitz Dep. Ex. 58 | Email from Cozean to Berkowitz, subject: "carlo contract" | 6/11/2011 |
| D347 | Berkowitz Dep. Ex. 59 | Email from Modak to Shucht, subject: "Re: dial" | 6/7/2011 |
| D348 | Berkowitz Dep. Ex. 60 | Email from Faulhaber to Berkowitz, subject: "summary of VSP cases – patent list" | 9/6/2011 |
| D349 | Berkowitz Dep. Ex. 61 | Email from Berkowitz to Karsch, subject: "Fw: from Jeffrey" | 6/16/2011 |
| D350 | Berkowitz Dep. Ex. 62 | Innovative BioDefense, Inc. Business Plan | 7/1/2011 |
| D351 | Berkowitz Dep. Ex. 63 | Letter from Berkowitz to Cozean, regarding the Asset Purchase Agreement. | 9/2/2011 |
| D352 | Berkowitz Dep. Ex. 64 | Email from Micceri to Shucht, subject "Fw: IBD Inventory" | 9/15/2011 |
| D353 | Berkowitz Dep. Ex. 65 | Email from Karsch to Misseri, subject: "Fwd: next 4 weeks" | 10/14/2011 |

56292/0001-15194090v2

| D354 | Berkowitz Dep. Ex. 66 | Email from Faulhaber to Minsky and Berkowitz, subject "ZYTREL Settlement" | 9/8/2011 |
|---|---|---|---|
| D355 | Berkowitz Dep. Ex. 67 | Email from Jesse Cozean to Patricia Shepard, subject: "Stability Testing, Sample Batch, and Payment" | 3/22/2012 |
| D356 | Berkowitz Dep. Ex. 68 | Email from Cozean to Berkowitz, subject: "Re: request for information" | 8/20/2012 |
| D357 | Berkowitz Dep. Ex. 71 | Printout from Zytrel.com, of "The Science" of ZylastXP. | 1/1/2012 |
| D358 | Berkowitz Dep. Ex. 72 | Declaration of Jeffrey Berkowitz, docket number 25. | 11/13/2012 |
| D359 | Berkowitz Dep. Ex. 74 | Sales Receipt from Zylast firct to Simi Carleback | 11/19/2012 |
| D360 | Berkowitz Dep. Ex. 76 | Email from Berkowitz to Karsch, subject "Fw:" regarding patent coverage in different countries. | 10/3/2011 |
| D361 | Berkowitz Dep. Ex. 78 | Email from Micceri to Berkowitz, subject "Fw: Columbia communications with Salima Merani" | 9/2/2011 |
| D362 | | Robert Valenti v. Colette Cozean, Michael Hiebert, and Premier Laser Systems, Inc.; Docket No.: 98-388-SHA (Central District of California, Southern Division). | 5/1/1998 |
| D363 | | GoJo Industries, Inc. v. Innovative BioDefense, Inc. and Aquaria Global Energy Partners, LLC; Docket No. 15-cv-2946 (Southern District of New York), Complaint | 4/15/2015 |
| D364 | | GoJo Industries, Inc. v. Innovative BioDefense, Inc. and Aquaria Global Energy Partners, LLC; Docket No. 15-cv-2946 (Southern District of New York), Stipulation and Order of Preliminary Injunction | 4/30/2015 |

| D365 | | FDA Warning Letter to Colette Cozean, President and CEO of Innovative BioDefense | 6/30/15 |
|---|---|---|---|

56292/0001-15194090v2